**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CANADIAN STEEL, INC.**,

 Plaintiff,

vs.                                    CASE NO. 11-23650–CIV-ALTONAGA/SIMONTON

**HFP CAPITAL MARKETS, LLC**
**and GEOFFREY BYRUCH**,

 Defendants.
_____/

## MEDIATOR REPORT

A mediation conference was held on September 27, 2012, in Miami, Florida and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives and/or claims professionals attended and participated in the mediation conference and each possessed the requisite settlement authority:

    X     All individuals, parties and their respective counsel.

    X     Designated corporate representatives.

        Required claims professionals.

(b) The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

    None.

  (c)  The outcome of the mediation conference was:

__ X __  The case has been completely settled.

_____  The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____

_____

_____  The conference was continued with the consent of all parties and counsel. Mediation Reports will be filed after additional conferences are complete.

_____  The parties have reached an impasse.

Respectfully submitted, this 3rd day of October, 2012 by,

  G. Thomas Harper, Esq.
  Florida Supreme Court Certified Circuit Civil Mediator
  4110 Southpoint Blvd., Ste. 228
  Jacksonville, FL 32216
  Telephone:   (904) 296-7000
  Facsimile:   (904) 296-7303
  www.WorkplaceMediator.org

  By: *s/G. Thomas Harper*
  G. Thomas Harper, Esq.
  Florida Bar No. 360880
  Florida Mediator No. 23180R

## **CERTIFICATE SERVICE**

   I certify that this **Mediator Report** was served via the Court's ECF system and e-mailed on October 4th, 2012 to the parties listed below:


**Plaintiff's Counsel:**
John C. Webb, Esq.
P.O. Box 60832
Fort Myers, FL 33906
Ph: 941-404-5313
Fax: 1-888-465-7258
E-Mail: johnwebblegal@gmail.com

**Defendant's Counsel**
Solomon B. Genet, Esq.
Meland Russin & Budwick P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
sgenet@melandrussin.com

**Defendant's Counsel (*pro hac vice*)**
Samuel J. Lieberman, Esq.
Sadis & Goldberg LP
551 Fifth Avenue, 21st Floor
New York, NY 10128
Telephone: (212) 573-8164
Fax: (212) 573-8149
Email: Slieberman@sglawyers.com


            By: *s/G. Thomas Harper*