UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23650-CIV-ALTONAGA/Simonton

**CANADIAN STEEL, INC.**,

    Plaintiff,
v.

**HFP CAPITAL MARKETS, LLC** and **GEOFFREY BYRUCH**,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Mediation Report [ECF No. 51], advising that the case has been completely settled. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Final Order of Dismissal, with a proposed order, within **thirty (30) days** of the date of this Order. Upon the parties' filing of the Stipulation, the Court will enter an order dismissing the case with prejudice. Pursuant to the CM/ECF Administrative Procedures, the proposed order **shall be submitted to the Court by e-mail in WordPerfect or Word format** at altonaga@flsd.uscourts.gov.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending

CASE NO. 11-23650-CIV-ALTONAGA

motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of October, 2012.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record